IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROHBANNI WILSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2818

Opinion filed May 2, 2017.

An appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Andy Thomas, Public Defender, and Joanna Aurica Mauer, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flannigan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Rohbanni Wilson challenges his convictions and consecutive sentences for first-degree murder, armed robbery, and possession of a firearm by a convicted felon. We affirm the convictions without discussion, but vacate his sentences because the trial court believed, based on our prior precedent, that it could not

exercise discretion in imposing consecutive mandatory minimum terms pursuant to section 775.087(2)(d), Florida Statutes (the 10-20-Life statute). Consistent with our decision in <u>Burns v. State</u>, 42 Fla. L. Weekly D690 (Fla. 1st DCA Mar. 23, 2017), we remand for reconsideration of the sentences in light of <u>Williams v. State</u>, 186 So. 3d 989 (Fla. 2016). In so ruling, we certify conflict with <u>Torres–Rios v. State</u>, 205 So. 3d 883 (Fla. 5th DCA 2016), as we did in <u>Burns</u>.

AFFIRMED in part, REVERSED in part, and REMANDED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.